ERNIE OTTO CORPORATION, Appellant, v INLAND SOUTHEAST THOMPSON MONTICELLO, LLC, Defendant, and KIM HINE, Doing Business as KIM'S GIFTS and KIM'S MOUNTAIN GIFT CORPORATION, Respondent.

Submitted September 15, 2008; decided October 28, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ExxonMobil CORPORATION, Appellant, v CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, et al., Respondents.

Submitted September 2, 2008; decided October 28, 2008

Motion by United Policyholders for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

MARK HYNES, Appellant, v SONIDO, INC., Respondent.

Submitted August 25, 2008; decided October 28, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of MICHAEL S. KIMM, an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Submitted October 20, 2008; decided October 28, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.